### IN THE UNITED STATES DISTRICT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ARTHUR DAVID AHMED,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 05-0740-CG-B** |
| **RALPH HOOKS, et al.,** | : | |
| Respondents. | : | |

### JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED.**

**DONE and ORDERED** this 10th day of January, 2007.

                                      /s/  Callie V. S. Granade
                              CHIEF UNITED STATES DISTRICT JUDGE